UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:10-CV-21034-JAL-Magistrate Judge William C. Turnoff

- - - - - - - - - - - - - - - - - - - -X

Jay S. Michaels,

                    Plaintiff

                    vs.

SAMANTHA A. SATISH,
FLORIDA DEFAULT LAW GROUP, P.L.,
WELLS FARGO BANK, N.A.

                    Defendants.

- - - - - - - - - - - - - - - - - - -X

FILED by _PRG_ D.C.

JUL 14 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

PLAINTIFF JAY S. MICHAELS'S NOTICE OF
RELATED CASES

   Pursuant to the Court's Order of June 21, 2011, Plaintiff Jay S. Michaels hereby
disclose the following action: Wells Fargo Bank N.A. v. Jay Michaels, et, al. Case No
CACE09009829 (Fla. 17th Judicial Circuit, Broward County).

                                        Respectfully,


                                        Jay S. Michaels

## AFFIRMATION OF SERVICE

Jay S. Michaels, affirms under the penalty of perjury that:

On July 5, 2011 I placed the Original attached Certificate of Interested Parties and Notice of Related Cases, in a postage paid envelope addressed to the Clerk of the Court, Untied States District Court, Southern District of Florida, 400 North Miami Avenue, Miami Florida 33128-7716, and a copy of the same to Rumberger, Kirk, & Caldwell, Lincoln Plaza Suite 1400, 300 South Orange Avenue, P.O.BOX 1873, Orlando, Florida 32802-1873 by placing the same in a United States Postal Receptacle located in Kings County, Brooklyn, New York.

Respectfully,

Jay S. Michaels

Jay S. Michaels
247 South 3rd Street, 1-B
Brooklyn, N.Y. 11211

TRIBORO NY 112
BKLYN-QNS-STATEN ISL
11 JUL 2011 PM 5 L

INSPECTED

Clerk of the
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL.

33128-7716