UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21034-CIV-LENARD/TURNOFF

**JAY S MICHAELS**,

        Plaintiff,

vs.

**SAMANTHA SATISH, FLORIDA
DEFAULT LAW GROUP, WELLS
FARGO BANK, N.A.**,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 55) AND GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT (D.E. 36)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 55), issued on July 18, 2011.  In his Report, Magistrate Judge Turnoff recommends that Defendant' Samantha Satish and Florida Default Law Group, P.L.'s Motion to Dismiss Complaint, filed on August 30, 2010, should be granted.  (Report at 10.Specifically, the Report concludes that Plaintiff Jay Michaels' Complaint cannot state a cause of action under the Fair Debt Collection Practice Act against any of the three defendants, he has failed to state a claim for intentional infliction of emotional distress on behalf of his wife and an award of punitive damages in not authorized under the FDCPA.  The Report also provides that any objections may be filed within fourteen days of its receipt by the parties.  To date, no objections to the Report have been filed.   Failure to timely file objections shall bar

parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 55), issued on July 18, 2011, is **ADOPTED.**

2. Defendants Samantha Satish and Florida Default Law Group, P.L.'s Motion to Dismiss Complaint (D.E. 36), filed on August 30, 2010, is **GRANTED**.

3. Plaintiff Jay Michaels' FDCPA claims are **DISMISSED** without prejudice as to Samantha Satish and Florida Default Law Group, P.L.

4. Plaintiff Jay Michaels' FDPCA claims against Wells Fargo Bank, N.A., already dismissed from this action, are now **DISMISSED** with prejudice.

5. Plaintiff Jay Michaels'claims of intentional infliction of emotional distress on behalf of his wife are **DISMISSED** without prejudice.

6. Plaintiff Jay Michaels' claims for punitive damages are **STRICKEN**.

7. All pending motions are **DENIED** as moot.

8. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2011.

                                                                                                               **JOAN A. LENARD**
                                                    **UNITED STATES DISTRICT JUDGE**